08 CV 00906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

                      Plaintiffs,

      -against-

AIM-CO. INC.,

                      Defendant.
------------------------------



PLAINTIFFS' DISCLOSURE STATEMENT

        Plaintiffs, by their attorney, Peter M. Levine, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state:

        1.    ARCS & ANGLES, INC., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock;

        2.    ZAHNER DESIGN GROUP LTD., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock.

Dated: New York, New York
       January 23, 2008

                                        PETER M. LEVINE (PML-7630)
                                        Attorney for Plaintiffs
                                        488 Madison Avenue
                                        New York, New York 10022
                                        212-599-0009