UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARCS & ANGLES, INC., **et ano.**,    Case No. 08 CIV 906)
                 Plaintiffs,    **AFFIDAVIT OF SERVICE**

    -against-

AIM-CO. INC.
                 Defendant.
------------------------------------X
STATE OF FLORIDA  )
               s.s.:
COUNTY OF DUVAL   )

DENNIS E. BARTILUCCI, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 28 day of January, 2008, at approximately 11:30 a.m./~~p.m.~~, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Plaintiffs' Disclosure Statement, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon AIM-CO. Inc. at 2220 Corporate Square Boulevard, Jacksonville, Florida by personally delivering and leaving the same with RICK DAVENPORT, who informed deponent that he/she holds the position of PRESIDENT, is authorized to accept service at that address.

RICK DAVENPORT is a WHITE MALE approximately 58 years of age, stands approximately 6 feet, 1 inches tall, weighs approximately 205 pounds with BROWN hair and BROWN eyes.

Sworn to before me this 28 day of January, 2008.

_____    _____
PROCESS SERVER              NOTARY PUBLIC



MELANIE A. HENNING
MY COMMISSION #DD718300
EXPIRES: SEP 24, 2011
Bonded through 1st State Insurance