

**ROGERS TOWERS**
ATTORNEYS AT LAW

Richard S. Vermut
*Registered Patent Attorney*

904.346.5573
rvermut@rtlaw.com

1301 Riverplace Boulevard • Suite 1500
Jacksonville, Florida 32207

904.398.3911 Main
904.396.0663 Fax
www.rtlaw.com

**MEMO ENDORSED**

February 12, 2008

RECEIVED
FEB 12 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

<u>Via facsimile (212) 805-7917</u>

Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

Re: <u>Arcs & Angles, Inc. et al. v. Aim-Co, Inc.</u>, Case #08-CV00906

Dear Judge Patterson:

I was recently engaged to represent the defendant Aim-Co, Inc. in the above-referenced lawsuit pending in your Court. Defendant Aim-Co, Inc. would like a 30-day enlargement from the current deadline of Tuesday, February 19, 2008 to file an appropriate response to the plaintiffs' complaint. The new deadline to respond would be March 20, 2008. We similarly request that the Case Management Conference scheduled for February 22, 2008 be adjourned until April 1, 2008. I have been in contact with plaintiffs' counsel, Peter M. Levine, who <u>stipulates</u> to this request. Mr. Levine and I also stipulated that this request will not waive any challenges to personal jurisdiction, venue or any other grounds, but that the defendant agrees not to challenge the service made on January 28, 2008.

Thank you for your consideration of this request. Please call me if you have any questions.

Sincerely yours,

Richard S. Vermut

cc: Peter M. Levine, Esq.
Aim-Co, Inc.

*Application granted. Answer due 3/20/08. Conference adjourned to 4/1/08 at 9:30 am. So ordered.*

*[signature] USDJ
2/14/08*