# ROGERS | TOWERS
ATTORNEYS AT LAW

Richard S. Vermut
*Registered Patent Attorney*

904.346.5573
rvermut@rtlaw.com

1301 Riverplace Boulevard · Suite 1500
Jacksonville, Florida 32207

904.398.3911 Main
904.396.0663 Fax
www.rtlaw.com

March 18, 2008

**RECEIVED MAR 18 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON**

**Via facsimile (212) 805-7917**

Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Re: <u>Arcs & Angles, Inc. et al. v. Aim-Co, Inc.</u>, Case #08-CV00906

Dear Judge Patterson:

This is a second request for an enlargement of time for Defendant Aim-Co, Inc. to file an appropriate response to the plaintiffs' complaint in the above-referenced lawsuit. The parties have been discussing settlement since the Court granted a first thirty-day enlargement of time on February 14, 2008. The parties have exchanged settlement proposals and Plaintiff prepared a draft settlement agreement. The parties intend to use the additional time requested by this letter to continue their efforts with the hopes of reaching a resolution within the next thirty days. Plaintiffs' counsel, Peter M. Levine, <u>stipulates</u> to this request. Mr. Levine and I also stipulated that this request will not waive any challenges to personal jurisdiction, venue or any other grounds, but that the defendant agrees not to challenge the service made on January 28, 2008. The new deadline to respond would be on or before Friday, April 25, 2008. We similarly request that the Case Management Conference scheduled for April 1, 2008 be adjourned until Friday, May 2, 2008.

Thank you for your consideration of this request. Please call me if you have any questions.

Sincerely yours,

Richard S. Vermut

cc: Peter M. Levine, Esq.
Aim-Co, Inc.

*[Handwritten endorsement: Application granted. So ordered. This will be a final adjournment. R P Patterson USDJ 3/18/08]*

*[MEMO ENDORSED]*