

**ROGERS TOWERS**

ATTORNEYS AT LAW

Richard S. Vermut
*Registered Patent Attorney*

904 . 346 . 5573
rvermut@rtlaw.com

1301 Riverplace Boulevard · Suite 1500
Jacksonville, Florida 32207

904 . 398 . 3911 Main
904 . 396 . 0663 Fax
www.rtlaw.com

April 25, 2008



**Via facsimile (212) 805-7917**

Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

Re:    **Arcs & Angles, Inc. et al. v. Aim-Co, Inc., Case #08-CV00906**

Dear Judge Patterson:

This letter is to advise the Court on the status of the above-referenced lawsuit. The Court previously granted Defendant Aim-Co, Inc. two enlargements of time to file a response to plaintiffs' complaint. I am pleased to report that the parties have reached a resolution of the dispute and drafted an agreement requiring dismissal of the lawsuit. Defendant Aim-Co, Inc. executed the agreement and delivered the originals to Plaintiffs' counsel this morning. Execution by the Plaintiffs and the filing of a dismissal will be completed within the next few days. Defendant Aim-Co, Inc. would appreciate the Court's patience during this very brief period while the parties effectuate the terms of the resolution.

Please call me if you have any questions.

Sincerely yours,

Richard S. Vermut

cc:    Peter M. Levine, Esq.
       Aim-Co, Inc.

SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED

*Application granted.*
*The parties are requested*
*to file the stipulation of*
*dismissal by 4/30/08.*
*So ordered*
*Robert P. Patterson*
*4/27/08*

MEMO ENDORSED

**Case:**     **Arcs & Angles, Inc., et al. v. Aim-Co, Inc.**
**Index No.**    **08 Civ. 0906 (RPP)**

## MEMO ENDORSEMENT READS:

*Application granted.*

*The parties are requested to file the stipulation of dismissal by 4/30/08.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 4/27/08*