```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -
ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

                              08 Civ. 906 (RPP)

                  Plaintiffs,

      -against-                        **NOTICE OF DISMISSAL**

AIM-CO. INC.,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - -

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure this action is hereby dismissed without prejudice.

Dated: New York, New York
       April 28, 2008

                                             _____
                                             PETER M. LEVINE (PML-7630)
                                             Attorney for Plaintiffs
                                             488 Madison Avenue, 19th Floor
                                             New York, New York 10022
                                             212-599-0009

SO ORDERED:
April 29, 2008
_____
U.S.D.J.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PETER M. LEVINE, being duly sworn says:

I am not a party to the action, am over 18 years of age and reside in Westchester County, NY.

On April 28, 2008, I served a true copy of the annexed

### NOTICE OF DISMISSAL

in the following manner: by delivering same to an office of **FedEx** for next day delivery, addressed to the last known addresses of the parties as indicated below:

> Richard S. Vermut, Esq.
> Rogers Towers, P.A.
> 1301 Riverplace Boulevard, Suite 1500
> Jacksonville, Florida 32207

_____
PETER M. LEVINE

Sworn to this 28th day of
April 2008

_____
NOTARY PUBLIC
MABEL D. G. MOY
Notary Public - State of New York
No. 01MO5016918
Qualified in Kings County
Commission Expires 8/23/2009